**Ravi KALIA, Plaintiff–Appellant,**

v.

**The CITY COLLEGE OF THE CITY UNIVERSITY of New York, Martin Tamny, Yolanda Moses, Frank Grande and David Lavallee, Defendants–Appellees.**

**Docket No. 00–9276.**

United States Court of Appeals, Second Circuit.

May 21, 2001.

Neal Brickman, New York, NY, for appellant.

Carol Fischer; Marion Buchbinder, of counsel, Attorney General's Office, The State of New York, New York, NY, for appellees.

Present NEWMAN and CABRANES, Circuit Judges, UNDERHILL,* District Judge.

## SUMMARY ORDER

UPON DUE CONSIDERATION, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the judgment of the District Court is AFFIRMED.

Plaintiff-appellant Ravi Kalia timely appeals from a judgment entered by the District Court on September 11, 2000 that granted defendant-appellees' motion for summary judgment, and dismissed Kalia's complaint. For substantially the reasons stated in Judge Martin's thoughtful Opinion and Order, *see Kalia v. City University of New York*, No. 98 Civ. 441, 2000 WL 1262905 (S.D.N.Y. Sep. 5, 2000), we affirm.

We have considered all of plaintiff-appellant's arguments and conclude that they are without merit.

For the reasons stated above, the judgment of the District Court is AFFIRMED.